UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIPLE AAA Association for Children with Developmental Disabilities, et al.,<br><br>      Plaintiff,<br>v.<br><br>MARK IV TRANSMISSION, INC., et al.,<br><br>      Defendants. | Civil No.06cv2524-BEN (NLS)<br><br>**ORDER GRANTING AMENDED JOINT MOTION AND VACATING MAY 1, 2007 SHOW CAUSE HEARING RE: SANCTIONS**<br><br>[Doc. No. 19] |

  An Early Neutral Evaluation Conference ("ENE") was held on April 9, 2007 in the above-captioned matter. In violation of multiple Orders of the Court [Doc. Nos. 4, 5 & 7], the parties and their counsel failed to meet and confer at the site of the subject premises prior to the ENE. The Court therefore ordered counsel for both parties to appear before the Court on May 1, 2007 at 10:30 a.m. and show cause why sanctions should not be imposed against them for failing to comply with its previous orders [Doc. No. 15].

  On April 20, 2007, counsel filed an Amended Joint Motion requesting that the Court vacate the Show Cause Hearing Re: Sanctions scheduled for May 1, 2007 [Doc. No. 19]. In support of their motion, counsel state that all parties have agreed to waive any right to attorneys' fees or other costs incurred as a result of the violations of the Court's orders. (*Amended Joint Motion*, 2.) Counsel also note that the case has settled in its entirety and the presiding District Judge has granted their Joint Motion to Dismiss this action with prejudice [Doc. No. 17]. In light of the fact that this case has settled, counsel state that they do not intend to request sanctions against either party or one another, and wish to

avoid taking up any more of this Court's time or resources on this matter. (*Id.*)

The Court appreciates the efforts of counsel to settle this matter swiftly and amicably, and to not seek sanctions against one another. Accordingly, the Amended Joint Motion is **GRANTED** and the May 1, 2007 Show Cause Hearing Re: Sanctions is hereby **VACATED**. However, the Court would like to take this opportunity to remind counsel that the flagrant disregard for the Court's orders that counsel demonstrated in this case will not be tolerated in future appearances by counsel before this Court.

**IT IS SO ORDERED**.

DATED: April 27, 2007

Hon. Nita L. Stormes
U.S. Magistrate Judge